**LEVITON MANUFACTURING CO., INC., Plaintiff–Appellant,**

v.

**LEEN & ASSOCIATES (doing business as The Designers Edge), Defendant–Appellee.**

No. 05–1235.

United States Court of Appeals, Federal Circuit.

Dec. 7, 2005.

Rehearing Denied Jan. 4, 2006.

Before GAJARSA, Circuit Judge, ARCHER, Senior Circuit Judge, and DYK, Circuit Judges.

*Judgment*

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

Before LOURIE, RADER, and BRYSON, Circuit Judges.

*JUDGMENT*